1  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
2  Michele C. Jackson (State Bar No. 090807)
   *mjackson@lchb.com*
3  Robert J. Nelson (State Bar No. 132797)
   *rnelson@lchb.com*
4  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
5  Nimish R. Desai (State Bar No. 244953)
   *ndesai@lchb.com*
6  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
7  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
8  Facsimile:  (415) 956-1008

9  [Additional Counsel Listed on Signature Page]

10 *Attorneys for Plaintiff and the Proposed Class*

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        (San Francisco Division)

15

16

17 RICHARD THAL,                          Case No. C-07-4785-BZ

18               Plaintiff,               **NOTICE OF PENDENCY OF OTHER
                                          ACTION OR PROCEEDING**
19 v.
                                          The Honorable Bernard Zimmerman
20 HITACHI AMERICA, LTD., *et al.,*

21               Defendants.

22

23

24

25         **TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

26                **PLEASE TAKE NOTICE**, pursuant to Local Rule 3-13, Plaintiff Richard Thal

27 ("Plaintiff") provides notice that *Thal v. Hitachi America, Ltd., et al.,* Case No. C-07-4785-BZ,

28 involves all or a material part of the same subject matter and all or substantially all of the same

parties in *Nguyen v. Samsung Electronics Co., Ltd., et al.,* Case No. C-07-0086-SBA.  In both

*Thal* and *Nguyen*, Plaintiffs allege that the Defendants illegally fixed the prices of Flash Memory

products.  Pursuant to Local Rule 3-12, Plaintiff has filed in *Nguyen* an Administrative Motion to

consider whether *Thal* and *Nguyen* should be related.

Dated: September 19, 2007                    Respectfully submitted,

                                             LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


                                             By:   */s/ Nimish R. Desai*
                                                    Nimish R. Desai

                                             Joseph R. Saveri (State Bar No. 130064)
                                             *jsaveri@lchb.com*
                                             Michele C. Jackson (State Bar No. 090807)
                                             *mjackson@lchb.com*
                                             Robert J. Nelson (State Bar No. 132797)
                                             *rnelson@lchb.com*
                                             Eric B. Fastiff (State Bar No. 182260)
                                             *efastiff@lchb.com*
                                             Nimish R. Desai (State Bar No. 244953)
                                             *ndesai@lchb.com*
                                             275 Battery Street, 30th Floor
                                             San Francisco, CA  94111-3339
                                             Telephone:  (415) 956-1000
                                             Facsimile:  (415) 956-1008

                                             Joel C. Meredith
                                             *jmeredith@mcgslaw.com*
                                             Steven J. Greenfogel
                                             *sgreenfogel@mcgslaw.com*
                                             Daniel B. Allanoff
                                             *dallanoff@mcgslaw.com*
                                             MEREDITH COHEN GREENFOGEL &
                                             SKIRNICK, P.C.
                                             117 South 17th Street, Suite 2200
                                             Philadelphia, PA  19103
                                             Telephone:  215-564-5182
                                             Facsimile:  215-569-0958

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Vincent Esades
*vesdaes@heinsmills.com*
Scott Carlson
*scarlson@heinsmills.com*
HEINS MILLS & OLSON
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone:  612-338-4605
Facsimile:  612-338-4692

Michael D. Gottsch
*michaelgottsch@chimicles.com*
CHIMICLES & TIKELLIS, LLP
One Haverford Center
361 West Lancaster Avenue
Haverford, PA  19041
Telephone:  610-642-8500
Facsimile:  610-649-3633

Attorneys for Plaintiff and the Proposed Class