Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
Michele C. Jackson (State Bar No. 090807)
mjackson@lchb.com
Robert J. Nelson (State Bar No. 132797)
rnelson@lchb.com
Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
Nimish R. Desai (State Bar No. 244953)
ndesai@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Attorneys for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD THAL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HITACHI AMERICA, LTD.; HITACHI LTD.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR, INC.; MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC AND ELECTRONICS, USA., INC.; MOSEL VITELIC CORPORATION; MOSEL VITELIC, INC.; CRUCIAL TECHNOLOGY, INC.; RENESAS TECHNOLOGY CORPORATION;  RENESAS TECHNOLOGY AMERICA, INC; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS COMPANY, LTD.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; WINBOND ELECTRONICS CORPORATION; WINBOND ELECTRONICS CORPORATION AMERICA; AND SANDISK CORPORATION,<br><br>Defendants. | Case No.  C 07 4785 BZ<br><br>**MOTION FOR ADMINISTRATIVE RELIEF FOR ISSUANCE OF INTERNATIONAL LETTER OF REQUEST (LETTER ROGATORY) FOR SERVICE OF PROCESS IN A FOREIGN COUNTRY** |

1   **NOW INTO COURT,** through undersigned counsel, comes plaintiff Richard Thal, on
2   behalf of himself and all others similarly situated, who respectfully petitions this Honorable Court
3   for the issuance of a Letter of Request in the form annexed, pursuant to Rule 4(f) of the Federal
4   Rules of Civil Procedure, addressed to the appropriate judicial authority in Taiwan, requesting
5   that the Taiwanese court cause to be served upon MOSEL VITELIC INC. the following
6   documents in the present action: a Summons, Complaint, ECF Registration Information
7   Handout, Standing Order for All Judges of the Northern District of California, Judge Armstrong's
8   Standing Orders, Order Setting Initial Case Management Conference and ADR Deadlines, and
9   Welcome to the US District Court, San Francisco.

10   The Plaintiff further requests that after this Court has signed and affixed its seal to the
11   Letter of Request, the Letter be returned to counsel for forwarding, along with the attached
12   documentation, to the United States Department of State, Office of American Citizen Services.
13   Counsel will provide three copies of the Letter to the court, each of which must bear the Court's
14   original signature and seal and be returned to counsel. Counsel will provide a prepaid envelope
15   for purpose of returning the Letters to counsel.

16   The US Department of State will oversee transmission of the Letter of Request to Taiwan
17   through diplomatic channels as provided in 28 U.S.C. §1781 (a)(2) as well as its presentation to
18   the requested court in Taiwan for execution.

19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

Plaintiff stands ready to reimburse this Court and/or the US Department of State for any expenses incurred in connection with the execution of this Letter Rogatory and has deposited a cashier's check in the amount of $735 with the Department of State to cover such expenses.

Respectfully submitted,

Dated: September 25, 2007        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:  /s/ *Nimish R. Desai*
     Nimish R. Desai

Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Michele C. Jackson (State Bar No. 090807)
*mjackson@lchb.com*
Robert J. Nelson (State Bar No. 132797)
*rnelson@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Nimish R. Desai (State Bar No. 244953)
*ndesai@lchb.com*
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiff Richard Thal and the Proposed Class*

Attachments:

- Letter of Request in English and in Chinese, in duplicate
- Summons, in English and in Chinese, in duplicate
- Complaint, in English and in Chinese, in duplicate
- ECF Registration Information Handout, in English and in Chinese, in duplicate
- Standing Order for All Judges of the Northern District of California, in English and in Chinese, in duplicate
- Judge Armstrong's Standing Orders, in English and in Chinese, in duplicate
- Order Setting Initial Case Management Conference and ADR Deadlines, in English and in Chinese, in duplicate
- Welcome to the US District Court, San Francisco, in English and in Chinese, in duplicate