1  Joseph R. Saveri (State Bar No. 130064)
   jsaveri@lchb.com
2  Michele C. Jackson (State Bar No. 090807)
   mjackson@lchb.com
3  Robert J. Nelson (State Bar No. 132797)
   rnelson@lchb.com
4  Eric B. Fastiff (State Bar No. 182260)
   efastiff@lchb.com
5  Nimish R. Desai (State Bar No. 244953)
   ndesai@lchb.com
6  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
7  San Francisco, CA  94111-339
   Telephone:  (415) 956-1000
8  Facsimile:  (415) 956-1008

9  Attorneys for Plaintiff and the Proposed Class

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12

13 RICHARD THAL, on behalf of himself and all           Case No.  C 07 4785 BZ
   others similarly situated,
14                                                      **REQUEST FOR
                   Plaintiff,                           INTERNATIONAL JUDICIAL
15                                                      ASSISTANCE
       v.                                               (LETTER ROGATORY)**
16
   HITACHI AMERICA, LTD.; HITACHI LTD.;
17 HYNIX SEMICONDUCTOR AMERICA, INC.;
   HYNIX SEMICONDUCTOR, INC.; MICRON
18 TECHNOLOGY, INC.; MICRON
   SEMICONDUCTOR PRODUCTS, INC.;
19 MITSUBISHI ELECTRIC CORPORATION;
   MITSUBISHI ELECTRIC AND ELECTRONICS,
20 USA., INC.; MOSEL VITELIC CORPORATION;
   MOSEL VITELIC, INC.; CRUCIAL
21 TECHNOLOGY, INC.; RENESAS
   TECHNOLOGY CORPORATION;  RENESAS
22 TECHNOLOGY AMERICA, INC; SAMSUNG
   SEMICONDUCTOR, INC.; SAMSUNG
23 ELECTRONICS COMPANY, LTD.; TOSHIBA
   CORPORATION; TOSHIBA AMERICA, INC.;
24 TOSHIBA AMERICA ELECTRONIC
   COMPONENTS, INC.; WINBOND
25 ELECTRONICS CORPORATION; WINBOND
   ELECTRONICS CORPORATION AMERICA;
26 AND SANDISK CORPORATION,

27               Defendants.

28

**To the Appropriate Judicial Authority in Taiwan:**

The United States District Court for the Northern District of California presents its compliments to the Judicial Authorities of Taiwan, and respectfully requests judicial assistance to effect service of process in connection with a civil proceeding currently pending before this Court.

## NATURE AND PURPOSE OF THE PROCEEDINGS AND REQUEST

Plaintiff Richard Thal brings this class action against the named Defendants on behalf of all direct purchasers of Flash Memory from the Defendants, their subsidiaries, agents or co-conspirators, during the period from at least January 1, 1999 through the date of class certification (the "Class Period").

Flash Memory is non-volatile computer memory that can be electronically erased and reprogrammed, and is used in memory cards, digital audio players, digital cameras, mobile phones, video game consoles, etc. During the Class Period, Plaintiff claims that Defendants engaged in collusive behavior to inflate the price of Flash Memory, causing Plaintiff and the other members of the class to be damaged by having to purchase Flash Memory at artificially inflated prices. Plaintiff alleges that Defendants are in violation of Section 1 of the Sherman Act, 15 U.S.C. §1.

Plaintiff prays for the following relief: that this claim be maintained as a class action under Federal Rules of Civil Procedure 23(a), (b)(2), and (b)(3); that Defendants be found in violation of the Sherman Act; for damages, and that the amount be trebled; for pre- and post-judgment interest; for costs of suit, including attorneys' fees; for injunctive relief; and for such other relief as the Court may order.

It has been represented to this Court that the defendant is a corporation organized and existing under the laws of Taiwan, with its principal place of business at:

**MOSEL VITELIC INC.**
**No. 19 Li Hsin Road**
**Science-Based Industrial Park**
**Hsinchu**
**Taiwan**

**ASSISTANCE REQUESTED**

This Court respectfully requests that the Taiwanese judicial authorities:

1. Cause one copy of the Summons, Complaint, ECF Registration Information Handout, Standing Order for All Judges of the Northern District of California, Judge Armstrong's Standing Orders, Order Setting Initial Case Management Conference and ADR Deadlines, and Welcome to the US District Court, San Francisco, all annexed hereto, to be served upon defendant Mosel Vitelic Inc. at the above address in the manner prescribed for the service of similar documents under the laws of Taiwan;

2. Cause the person who serves the documents upon an officer of defendant Mosel Vitelic Inc. to execute an affidavit of service as provided by Taiwanese law;

3. Return through diplomatic channels to this Court the affidavit of service and a copy of the documents which were served.

The courts of the United States are authorized by statute, Section 1696, Title 28, United States Code, to extend similar assistance to the Tribunals of Taiwan in like cases.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

730199.1 — - 2 - — REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) CASE NO. C 07 4785 BZ

1  This Court extends to the judicial authorities of Taiwan the assurances of its highest
2  consideration.
3
4  Dated: September __, 2007            Respectfully requested,
5
6                                       _____
                                        Honorable Bernard Zimmerman
7                                       US Magistrate Judge for the
                                        US DISTRICT COURT FOR THE
                                        NORTHERN DISTRICT OF CALIFORNIA
8                                       450 Golden Gate Avenue
                                        San Francisco, California 94102
9                                       United States of America
10
11
12  (SEAL OF DISTRICT COURT)
13
14  Attachments:
15
    - Summons, in English and in Chinese, in duplicate
16  - Complaint, in English and in Chinese, in duplicate
    - ECF Registration Information Handout, in English and in Chinese, in duplicate
17  - Standing Order for All Judges of the Northern District of California, in English and in
      Chinese, in duplicate
18  - Judge Armstrong's Standing Orders, in English and in Chinese, in duplicate
19  - Order Setting Initial Case Management Conference and ADR Deadlines, in English and in
      Chinese, in duplicate
20  - Welcome to the US District Court, San Francisco, in English and in Chinese, in duplicate
21
22
23
24
25
26
27
28

730199.1                          - 3 -                REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
                                                       (LETTER ROGATORY)
                                                       CASE NO. C 07 4785 BZ