**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
TELEPHONE: (415) 956-1000
FACSIMILE: (415) 956-1008
mail@lchb.com
www.lchb.com

NEW YORK
NASHVILLE

September 25, 2007

**VIA ECF & HAND DELIVERY**

The Honorable Magistrate Judge Bernard Zimmerman
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Thal v. Hitachi America, Ltd., et al.*, Case No. C-07-4785-BZ

Your Honor:

Enclosed please find copies of the following documents, filed on September 25, 2007 in *Thal v. Hitachi America, Ltd., et al.*, Case No. C-07-4785-BZ ("*Thal*"):

1. Plaintiff Richard Thal's Notice Of Cross-Motion And Cross-Motion For Appointment Of Lieff, Cabraser, Heimann & Bernstein, LLP As Interim Lead Counsel In Direct Purchaser Cases (Rule 23(G)(2)(A)); Response To Motion For Appointment Of Direct Purchaser Plaintiffs' Interim Co-Lead Counsel; And Memorandum Of Points And Authorities In Support Thereof;

2. Declaration Of Joseph R. Saveri In Support Of Plaintiff Richard Thal's Notice Of Cross-Motion And Cross-Motion For Appointment Of Lieff, Cabraser, Heimann & Bernstein, LLP As Interim Lead Or Co-Lead Counsel In Direct Purchaser Cases (Rule 23(G)(2)(A)); Response To Motion For Appointment Of Direct Purchaser Plaintiffs' Interim Co-Lead Counsel; and

3. [Proposed] Order Appointing Lieff Cabraser Heimann & Bernstein, LLP Interim Lead Counsel Or, In The Alternative, Appointing Lieff Cabraser Heimann & Bernstein, Llp Co-Lead Counsel In Direct Purchaser Cases.

Honorable Saundra B. Armstrong
September 25, 2007
Page 2

    4. Motion For Administrative Relief For Issuance Of International Letter Of Request (Letter Rogatory) For Service Of Process In A Foreign Country (for Mosel Vitelic, Inc.)

    5. Request For International Judicial Assistance (Letter Rogatory) (for Mosel Vitelic, Inc.)

    6. Motion For Administrative Relief For Issuance Of International Letter Of Request (Letter Rogatory) For Service Of Process In A Foreign Country (for Winbond Electronics Corp.)

    7. Request For International Judicial Assistance (Letter Rogatory) (for Winbond Electronics Corp.)

These documents all relate to *Nguyen v. Samsung Electronic Co. Ltd. et al.*, Case No. C-07-0086-SBA ("*Nguyen*"), the lead case in a number of related antitrust class actions pending before The Honorable Judge Saundra B. Armstrong. Counsel respectfully reminds the Court that pending in this case is a motion to relate *Thal* to *Nguyen*. The Motion to Relate was filed on Tuesday, September 18, 2007.[1] The period of time for opposing the motion has elapsed without any opposition filed. *See* L.R. 7-11(b). Therefore, Plaintiff Thal has lodged all documents filed in this case with Judge Armstrong.

Respectfully,

*/s/ Nimish R. Desai*

Nimish R. Desai

NRD
Enclosures

730195.1

---

[1] *Thal* is a class action alleging antitrust violations in the flash memory market. The action has not been related and is currently pending before Magistrate Judge Zimmerman.