LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ATTORNEYS AT LAW

EMBARCADERO CENTER WEST
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
TELEPHONE: (415) 956-1000
FACSIMILE: (415) 956-1008
mail@lchb.com
www.lchb.com

NEW YORK
NASHVILLE

October 2, 2007

**VIA ECF & OVERNIGHT DELIVERY**

Honorable Saundra B. Armstrong
United States District Court Judge
Northern District of California
Ronald V. Dellums Federal Building
Courtroom 3, 3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Re:   *Thal v. Hitachi America, Ltd., et al.*, Case No. C-07-4785-SBA

Your Honor:

This letter is in regards to Plaintiff Richard Thal's pending Motions for Issuance of Letters Rogatory for service of process on Taiwanese defendants Mosel Vitelic, Inc. and Winbond Electronics Corporation.[1] Plaintiff Thal electronically filed today the following documents as attachments to this letter:

1. Request For International Judicial Assistance (Letter Rogatory) (for Mosel Vitelic, Inc.); and

2. Request For International Judicial Assistance (Letter Rogatory) (for Winbond Electronics Corp.)

---

[1] These motions were filed on September 25, 2007, while a motion to relate Thal's action, *Thal v. Hitachi America, Ltd., et al.*, Case No. C-07-4785-SBA ("*Thal*"), to the lead case *Nguyen v. Samsung Electronic Co. Ltd. et al.*, Case No. C-07-0086-SBA ("*Nguyen*"), was still pending. The motions were therefore filed in *Thal*, and lodged in *Nguyen*. Counsel delivered courtesy copies to both your Honor's and Judge Zimmerman's chambers on Septmeber 26, 2007.
   On Friday, September 28, 2007, the Court related *Thal* and *Nguyen*, prompting counsel to resubmit these letter rogatory requests for your Honor's signature.

Honorable Saundra B. Armstrong
October 2, 2007
Page 2

       These letters rogatory are virtually identical to ones filed and lodged with the Court on September 25 by Plaintiff Thal. The only difference is that the letters are now prepared for your Honor's signature, rather than Magistrate Judge Zimmerman's, who was replaced by your Honor as presiding Judge.

       Mosel Vitelic, Inc. and Winbond Electronics Corp. are named Defendants in *Thal*. As Taiwanese corporations, Plaintiff must effect service of process on them through letter rogatory, which requires the assistance of this Court. Plaintiff Thal respectfully requests that the Court sign and affix its seal to three (3) copies of the letters rogatory for each Defendant, and return the documents to counsel.[2] Working with a foreign process server, counsel will then transmit these requests through the proper diplomatic channels.

       On behalf of our client, we thank the Court for its assistance in commencing the lengthy procedure of international service of process through letter rogatory. Please do not hesitate to contact me should you have any questions or concerns.

       Respectfully,

       Nimish R. Desai

NRD
Enclosures

cc:    All *Thal* Counsel (via ECF)

730935.1

---

[2] Counsel will deliver these copies to the Court, along with a prepaid return envelope.