1   Joseph R. Saveri (State Bar No. 130064)
    jsaveri@lchb.com
2   Michele C. Jackson (State Bar No. 090807)
    mjackson@lchb.com
3   Robert J. Nelson (State Bar No. 132797)
    rnelson@lchb.com
4   Eric B. Fastiff (State Bar No. 182260)
    efastiff@lchb.com
5   Nimish R. Desai (State Bar No. 244953)
    ndesai@lchb.com
6   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 30th Floor
7   San Francisco, CA  94111-339
    Telephone:  (415) 956-1000
8   Facsimile:  (415) 956-1008

9   Attorneys for Plaintiff and the Proposed Class

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13   RICHARD THAL, on behalf of himself and all       Case No.  C-07-4785-SBA
     others similarly situated,
14                                                     REQUEST FOR
                        Plaintiff,                     INTERNATIONAL JUDICIAL
15                                                     ASSISTANCE
     v.                                                (LETTER ROGATORY)
16
     HITACHI AMERICA, LTD.; HITACHI LTD.;
17   HYNIX SEMICONDUCTOR AMERICA, INC.;
     HYNIX SEMICONDUCTOR, INC.; MICRON
18   TECHNOLOGY, INC.; MICRON
     SEMICONDUCTOR PRODUCTS, INC.;
19   MITSUBISHI ELECTRIC CORPORATION;
     MITSUBISHI ELECTRIC AND ELECTRONICS,
20   USA., INC.; MOSEL VITELIC CORPORATION;
     MOSEL VITELIC, INC.; CRUCIAL
21   TECHNOLOGY, INC.; RENESAS
     TECHNOLOGY CORPORATION;  RENESAS
22   TECHNOLOGY AMERICA, INC; SAMSUNG
     SEMICONDUCTOR, INC.; SAMSUNG
23   ELECTRONICS COMPANY, LTD.; TOSHIBA
     CORPORATION; TOSHIBA AMERICA, INC.;
24   TOSHIBA AMERICA ELECTRONIC
     COMPONENTS, INC.; WINBOND
25   ELECTRONICS CORPORATION; WINBOND
     ELECTRONICS CORPORATION AMERICA;
26   AND SANDISK CORPORATION,

27                       Defendants.

28

730204.2

**To the Appropriate Judicial Authority in Taiwan:**

The United States District Court for the Northern District of California presents its compliments to the Judicial Authorities of Taiwan, and respectfully requests judicial assistance to effect service of process in connection with a civil proceeding currently pending before this Court.

### NATURE AND PURPOSE OF THE PROCEEDINGS AND REQUEST

Plaintiff Richard Thal brings this class action against the named Defendants on behalf of all direct purchasers of Flash Memory from the Defendants, their subsidiaries , agents or co-conspirators, during the period from at least January 1, 1999 through the date of class certification (the "Class Period").

Flash Memory is non-volatile computer memory that can be electronically erased and reprogrammed, and is used in memory cards, digital audio players, digital cameras, mobile phones, video game consoles, etc.  During the Class Period, Plaintiff claims that Defendants engaged in collusive behavior to inflate the price of Flash Memory, causing Plaintiff and the other members of the class to be damaged by having to purchase Flash Memory at artificially inflated prices.  Plaintiff alleges that Defendants are in violation of Section 1 of the Sherman Act, 15 U.S.C. §1.

Plaintiff prays for the following relief:  that this claim be maintained as a class action under Federal Rules of Civil Procedure 23(a), (b)(2), and (b)(3); that Defendants be found in violation of the Sherman Act; for damages, and that the amount be trebled; for pre- and post-judgment interest; for costs of suit, including attorneys' fees; for injunctive relief; and for such other relief as the Court may order.

It has been represented to this Court that the defendant is a corporation organized and existing under the laws of Taiwan, with its principal place of business at:

**WINBOND ELECTRONICS CORPORATION**
**No. 4 Creation Road 3**
**Science-Based Industrial Park**
**Hsinchu, 300,**
**Taiwan**

## ASSISTANCE REQUESTED

This Court respectfully requests that the Taiwanese judicial authorities:

1    Cause one copy of the Summons, Complaint, ECF Registration Information Handout, Standing Order for All Judges of the Northern District of California, Judge Armstrong's Standing Orders, Order Setting Initial Case Management Conference and ADR Deadlines, Welcome to the US District Court, San Francisco, all annexed hereto, and all other documents required by law, to be served upon defendant Winbond Electronics Corporation at the above address in the manner prescribed for the service of similar documents under the laws of Taiwan;

2    Cause the person who serves the documents upon an officer of defendant Winbond Electronics Corporation to execute an affidavit of service as provided by Taiwanese law;

3    Return through diplomatic channels to this Court the affidavit of service and a copy of the documents which were served.

The courts of the United States are authorized by statute, Section 1696, Title 28, United States Code, to extend similar assistance to the Tribunals of Taiwan in like cases.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
(LETTER ROGATORY)
CASE NO. C 07 4785 SBA

1    This Court extends to the judicial authorities of Taiwan the assurances of its highest

2    consideration.

3

4    Dated: _____, 2007          Respectfully requested,

5

6                                            _____
                                             Honorable Saundra B. Armstrong
7                                            United States District Court Judge
                                             Northern District of California
8                                            1301 Clay Street
                                             Courtroom 3, 3rd Floor
9                                            Oakland, CA 94612-5217
                                             United States of America
10

11

12    (SEAL OF DISTRICT COURT)

13

14    Attachments:

15
        •   Summons, in English and in Chinese, in duplicate
16      •   Complaint, in English and in Chinese, in duplicate
        •   ECF Registration Information Handout, in English and in Chinese, in duplicate
17      •   Standing Order for All Judges of the Northern District of California, in English and in
18          Chinese, in duplicate
        •   Judge Armstrong's Standing Orders, in English and in Chinese, in duplicate
19      •   Order Setting Initial Case Management Conference and ADR Deadlines, in English and in
20          Chinese, in duplicate
        •   Welcome to the US District Court, San Francisco, in English and in Chinese, in duplicate
21

22

23

24

25

26

27

28