Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Michele C. Jackson (State Bar No. 090807)
*mjackson@lchb.com*
Robert J. Nelson (State Bar No. 132797)
*rnelson@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Nimish R. Desai (State Bar No. 244953)
*ndesai@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Attorneys for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD THAL, on behalf of himself and all others similarly situated, | Case No.  C-07-4785-SBA |
| Plaintiff, | **PROOFS OF SERVICE OF SUMMONS AND COMPLAINT** |
| v. | |
| HITACHI AMERICA, LTD.; HITACHI LTD.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR, INC.; MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC AND ELECTRONICS, USA., INC.; MOSEL VITELIC CORPORATION; MOSEL VITELIC, INC.; CRUCIAL TECHNOLOGY, INC.; RENESAS TECHNOLOGY CORPORATION;  RENESAS TECHNOLOGY AMERICA, INC; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS COMPANY, LTD.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; WINBOND ELECTRONICS CORPORATION; WINBOND ELECTRONICS CORPORATION AMERICA; AND SANDISK CORPORATION, | |
| Defendants. | |

1     Attached are Proofs of Service of Summons and Complaint for the following

2   Defendants:

3           1.     Mitsubishi Electric and Electronics, USA., Inc.;

            2.     Sandisk Corporation;
4
            3.     Mosel Vitelic Corporation [Hsing Ti Tuan, Agent for Service of Process];
5
            4.     Winbond Electronics Corporation America [Wen C. Chu, Agent for
6                  Service of Process];

7           5.     Hitachi America, Ltd.;

8           6.     Hynix Semiconductor America, Inc.;

9           7.     Micron Semiconductor Products, Inc.;

10          8.     Micron Technology, Inc.;

11          9.     Renesas Technology America, Inc.;

12          10.    Samsung Semiconductor, Inc.;

13          11.    Toshiba America, Inc.;

14          12.    Toshiba America Electronic Components, Inc.; and

15          13.    Crucial Technology, Inc.

16   Dated: October 11, 2007              Respectfully submitted,

17                                        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

18
                                          By: */s/ Nimish R. Desai*
19                                            Nimish R. Desai

20                                            Joseph R. Saveri (State Bar No. 130064)
                                              *jsaveri@lchb.com*
21                                            Michele C. Jackson (State Bar No. 090807)
                                              *mjackson@lchb.com*
22                                            Robert J. Nelson (State Bar No. 132797)
                                              *rnelson@lchb.com*
23                                            Eric B. Fastiff (State Bar No. 182260)
                                              *efastiff@lchb.com*
24                                            Nimish R. Desai (State Bar No. 244953)
                                              *ndesai@lchb.com*
25                                            275 Battery Street, 30th Floor
                                              San Francisco, CA  94111-3339
26                                            Telephone:  (415) 956-1000
                                              Facsimile:  (415) 956-1008
27
                                          *Attorneys for Plaintiff and the Proposed Class*
28

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RICHARD THAL, on behalf of himself and all others similarly
situated

# C 07 4785 BZ

### SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

HITACHI AMERICA, LTD.; HITACHI, LTD.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR, INC.; MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC AND ELECTRONICS, USA., INC.; MOSEL VITELIC CORPORATION; MOSEL VITELIC, INC.; CRUCIAL TECHNOLOGY, INC.; RENESAS TECHNOLOGY CORPORATION; RENESAS TECHNOLOGY AMERICA, INC.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS COMPANY, LTD.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; WINBOND ELECTRONICS CORPORATION; WINBOND ELECTRONICS CORPORATION AMERICA; and SANDISK CORPORATION

### TO:

HITACHI AMERICA, LTD.; HITACHI, LTD.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR, INC.; MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC AND ELECTRONICS, USA., INC.; MOSEL VITELIC CORPORATION; MOSEL VITELIC, INC.; CRUCIAL TECHNOLOGY, INC.; RENESAS TECHNOLOGY CORPORATION; RENESAS TECHNOLOGY AMERICA, INC.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS COMPANY, LTD.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; WINBOND ELECTRONICS CORPORATION; WINBOND ELECTRONICS CORPORATION AMERICA; and SANDISK CORPORATION

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Joseph R. Saveri (State Bar No. 130064)
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
(415) 956-1000

an answer to the complaint which is herewith served upon you, within 20    days after service of this summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.
You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

SEP 1 7 2007

DATE

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

728522_1.PDF

JOSEPH R. SAVERI (STATE BAR NO. 130064)
MICHELE C. JACKSON (STATE BAR NO. 090807)
ROBERT J. NELSON (STATE BAR NO. 132797)
ERIC B. FASTIFF (STATE BAR NO. 182260)
NIMISH R. DESAI (STATE BAR NO. 244953)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
(415) 956-1000
Attorneys for: PLAINTIFF
Ref.: 692051 WV

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| RICHARD THAL, ETC.                 Plaintiff (s) | CASE NUMBER: C 07 4785 BZ |
|---|---|
| v. | |
| HITACHI AMERICA, ETC., ET AL.                 Defendant (s) | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served copies of the** *(specify documents)*:

a.  ☒ summons        ☒ complaint        ☐ alias summons        ☐ first amended complaint
                                                            ☐ second amended complaint
                                                            ☐ third amended complaint

        ☒ other *(specify)*: CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; STANDING
ORDERS; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE
JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
MAGISTRATE JUDGE FOR TRIAL; NOTICE FOR OFFICE HOURS

2.  Person served:
    a. ☒ Defendant *(name)*: MITSUBISHI ELECTRIC AND ELECTRONICS, USA., INC.
    b. ☒ Other *(specify name and title or relationship to the party/business named)*: CT CORPORATION SYSTEMS, INC.,
    **REGISTERED AGENT FOR SERVICE OF PROCESS, BY SERVING MARGARET WILSON, PROCESS SPECIALIST**

    c. ☒ Address Where papers were served: 818 WEST 7TH STREET, 2ND FLOOR, LOS ANGELES, CALIFORNIA 90017

3.  **Manner of service in compliance with** *(the appropriate box must be checked)*:
    a. ☒ Federal Rules of Civil Procedure
    b. ☐ California Code of Civil Procedure

4.  **I served the person named in item 2:**

a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent,
guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

        1. ☒ **Papers were served on** *(date)*: <u>SEPTEMBER 19, 2007</u>           at *(time)*: <u>2:35 P.M.</u>

b. ☐ By **Substituted service.** By leaving copies:

        1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a
competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the
general nature of the papers.

        3. ☐ **Papers were served on** *(date)*: _____    at *(time)*: _____

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed on** (date): _____

6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service**. By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)*copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: *(date):* _____     at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number)*:

**JOHN ALDANA**
**WORLDWIDE NETWORK, INC.**
**350 S. FIGUEROA STREET, SUITE 299**
**LOS ANGELES, CA 90071**
**(213) 620-9400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **SEPTEMBER 20, 2007**

_____
*(Signature)*

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

JOSEPH R. SAVERI (STATE BAR NO. 130064)
MICHELE C. JACKSON (STATE BAR NO. 090807)
ROBERT J. NELSON (STATE BAR NO. 132797)
ERIC B. FASTIFF (STATE BAR NO. 182260)
NIMISH R. DESAI (STATE BAR NO. 244953)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
(415) 956-1000
Attorneys for: PLAINTIFF
Ref.: 692060 WV

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| RICHARD THAL, ETC. | CASE NUMBER: C 07 4785 BZ |
|---|---|
| Plaintiff (s) | |
| v. | **PROOF OF SERVICE** |
| HITACHI AMERICA, ETC., ET AL. | **SUMMONS AND COMPLAINT** |
| Defendant (s) | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☒ summons     ☒ complaint     ☐ alias summons     ☐ first amended complaint
                                                          ☐ second amended complaint
                                                          ☐ third amended complaint
   ☒ other *(specify)*: CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; STANDING ORDERS; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; NOTICE FOR OFFICE HOURS

2. Person served:
   a. ☒ Defendant *(name)*: SANDISK CORPORATION
   b. ☒ Other *(specify name and title or relationship to the party/business named)*: MEGAN COMPORT, PERSON IN CHARGE

   c. ☒ Address Where papers were served: 601 McCARTHY BOULEVARD, MILPITAS, CALIFORNIA 95035

3. Manner of service in compliance with *(the appropriate box **must** be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in item 2:

   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

      1. ☐ **Papers were served on** *(date)*: ___ at *(time)*:

   b. ☒ By **Substituted service**. By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☒ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☒ **Papers were served on** *(date)*: **SEPTEMBER 20, 2007**     at *(time)*: **10:52 A.M.**

      4. ☒ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

1

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

5. ☒ papers were mailed on (date): **SEPTEMBER 20, 2007**

6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P.4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)*copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
      Name of person served:
      Title of person served:
      Date and time of service: *(date):* _____      at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number)*:

**RYAN HERYFORD**
**WORLDWIDE NETWORK, INC.**
**350 S. FIGUEROA STREET, SUITE 299**
**LOS ANGELES, CA 90071**
**(213) 620-9400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **SEPTEMBER 24, 2007**

*(Signature)*

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

JOSEPH R. SAVERI (STATE BAR NO. 130064)
MICHELE C. JACKSON (STATE BAR NO. 090807)
ROBERT J. NELSON (STATE BAR NO. 132797)
ERIC B. FASTIFF (STATE BAR NO. 182260)
NIMISH R. DESAI (STATE BAR NO. 244953)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
(415) 956-1000
Attorneys for: PLAINTIFF
Ref.: 692058 WV

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| RICHARD THAL, ETC. | CASE NUMBER: C 07 4785 BZ |
| Plaintiff (s) | |
| v. | **PROOF OF SERVICE** |
| HITACHI AMERICA, ETC., ET AL. | **SUMMONS AND COMPLAINT** |
| Defendant (s) | (Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:

    a.  ☒ summons      ☒ complaint      ☐ alias summons      ☐ first amended complaint
    ☐ second amended complaint
    ☐ third amended complaint

    ☒ other *(specify)*: CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; STANDING ORDERS; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; NOTICE FOR OFFICE HOURS

2.  Person served:
    a. ☒ Defendant *(name)*: MOSEL VITELIC CORPORATION [HSING TI TUAN, AGENT FOR SERVICE OF PROCESS]
    b. ☒ Other *(specify name and title or relationship to the party/business named)*:LYNDA LAM, AGENT FOR SERVICE OF PROCESS, AUTHORIZED TO ACCEPT SERVICE OF PROCESS

    c. ☒ Address Where papers were served: 3910 NORTH FIRST STREET, SAN JOSE, CALIFORNIA 95134

3.  **Manner of service** in compliance with *(the appropriate box **must** be checked)*:
    a. ☒  Federal Rules of Civil Procedure
    b. ☐  California Code of Civil Procedure

4.  **I served the person named in item 2:**

    a. ☐ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

    1. ☐ **Papers were served on** *(date)*: ___      at *(time)*: ___

    b. ☒ By **Substituted service.** By leaving copies:

    1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

    2. ☒ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

    3. ☒ **Papers were served on** *(date)*: **SEPTEMBER 19, 2007**      at *(time)*: **4:45 P.M.**

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

1

4. ☒ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☒ **papers were mailed on** (date): **SEPTEMBER 19, 2007**

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h))** **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: *(date):* _____ at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number):*

**RYAN HERYFORD**
**WORLDWIDE NETWORK, INC.**
**350 S. FIGUEROA STREET, SUITE 299**
**LOS ANGELES, CA 90071**
**(213) 620-9400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **SEPTEMBER 24, 2007**

_____
*(Signature)*

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

JOSEPH R. SAVERI (STATE BAR NO. 130064)
MICHELE C. JACKSON (STATE BAR NO. 090807)
ROBERT J. NELSON (STATE BAR NO. 132797)
ERIC B. FASTIFF (STATE BAR NO. 182260)
NIMISH R. DESAI (STATE BAR NO. 244953)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
(415) 956-1000
Attorneys for: PLAINTIFF
Ref.: 692056 WV

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD THAL, ETC.     Plaintiff (s) | CASE NUMBER: C 07 4785 BZ |
| v. <br><br> HITACHI AMERICA, ETC., ET AL.     Defendant (s) | **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |

1.   At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents):*
  a.   ☒ summons     ☒ complaint     ☐ alias summons     ☐ first amended complaint
      ☐ second amended complaint
      ☐ third amended complaint

  ☒ other *(specify):* **CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; STANDING ORDERS; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; NOTICE FOR OFFICE HOURS**

2.   Person served:
  a. ☒ Defendant *(name):* **WINBOND ELECTRONICS CORPORATION AMERICA [WEN C. CHU, AGENT FOR SERVICE OF PROCESS]**
  b. ☒ Other *(specify name and title or relationship to the party/business named):* **PHILLIP FRIERSON, PERSON IN CHARGE**

  c. ☒ Address Where papers were served: **2727 NORTH FIRST STREET, SAN JOSE, CALIFORNIA 95134**

3.   **Manner of service** in compliance with *(the appropriate box **must** be checked):*
  a.   ☒ Federal Rules of Civil Procedure
  b.   ☐ California Code of Civil Procedure

4.   **I served** the person named in item 2:

  a. ☐ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

      1. ☐ **Papers were served on** *(date):* _____     at *(time):* ____

  b. ☒ By **Substituted service.** By leaving copies:

      1. ☐ (**home**) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☒ (**business**) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☒ **Papers were served on** *(date):* **SEPTEMBER 19, 2007**     at *(time):* **5:22 P.M.**

---

1

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☒ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☒ **papers were mailed on (date): <u>SEPTEMBER 19, 2007</u>**

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: *(date):* _____    at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number):*

**RYAN HERYFORD**
**WORLDWIDE NETWORK, INC.**
**350 S. FIGUEROA STREET, SUITE 299**
**LOS ANGELES, CA 90071**
**(213) 620-9400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: <u>SEPTEMBER 24, 2007</u>

_____
*(Signature)*

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

JOSEPH R. SAVERI (STATE BAR NO. 130064)
MICHELE C. JACKSON (STATE BAR NO. 090807)
ROBERT J. NELSON (STATE BAR NO. 132797)
ERIC B. FASTIFF (STATE BAR NO. 182260)
NIMISH R. DESAI (STATE BAR NO. 244953)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
(415) 956-1000
Attorneys for: PLAINTIFF
Ref.: 692072 E WV

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| RICHARD THAL, ETC. Plaintiff (s) | CASE NUMBER: C 07 4785 BZ |
|---|---|
| v. HITACHI AMERICA, ETC., ET AL. Defendant (s) | **PROOF OF SERVICE SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents):*
    a.  ☒ summons  ☒ complaint  ☐ alias summons  ☐ first amended complaint
    ☐ second amended complaint
    ☐ third amended complaint

    ☒ other *(specify)*: CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; STANDING ORDERS; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; NOTICE FOR OFFICE HOURS

2.  Person served:
    a. ☒ Defendant *(name):* HITACHI AMERICA, LTD.
    b. ☒ Other *(specify name and title or relationship to the party/business named):* CSC LAWYERS INCORPORATING SERVICE, INC., REGISTERED AGENT FOR SERVICE OF PROCESS BY SERVING BECKY DEGEORGE, PROCESS SPECIALIST

    c. ☒ Address Where papers were served: 2500 GATEWAY OAKS DRIVE, SACRAMENTO, CALIFORNIA 95814

3.  **Manner of service** in compliance with *(the appropriate box **must** be checked):*
    a.  ☒ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  I served the person named in item 2:

    a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

    1. ☒ Papers were served on *(date):* <u>SEPTEMBER 19, 2007</u>   at *(time):* <u>2:39 P.M.</u>

    b. ☐ By **Substituted service**. By leaving copies:

    1. ☐ (**home**) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

    2. ☐ (**business**) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

    3. ☐ Papers were served on *(date):* _____   at *(time):* _____

---

PROOF OF SERVICE-SUMMONS AND COMPLAINT

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed on (date):** _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage pre-paid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint.)**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h))** **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: (date): _____    at (time): _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving (name, address and telephone number):

JASON MARSHALL
**WORLDWIDE NETWORK, INC.**
**350 S. FIGUEROA STREET, SUITE 299**
**LOS ANGELES, CA 90071**
**(213) 620-9400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **SEPTEMBER 20, 2007**

_____
(Signature)

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

JOSEPH R. SAVERI (STATE BAR NO. 130064)
MICHELE C. JACKSON (STATE BAR NO. 090807)
ROBERT J. NELSON (STATE BAR NO. 132797)
ERIC B. FASTIFF (STATE BAR NO. 182260)
NIMISH R. DESAI (STATE BAR NO. 244953)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
(415) 956-1000
Attorneys for: PLAINTIFF
Ref.: 692072 D WV

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| RICHARD THAL, ETC.                     Plaintiff (s) | CASE NUMBER: C 07 4785 BZ |
|---|---|
| v. |  |
| HITACHI AMERICA, ETC., ET AL.          Defendant (s) | **PROOF OF SERVICE SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents):*
    a.  ☒ summons        ☒ complaint        ☐ alias summons        ☐ first amended complaint
                                                                    ☐ second amended complaint
                                                                    ☐ third amended complaint

    ☒ other *(specify):* CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; STANDING ORDERS; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; NOTICE FOR OFFICE HOURS

2.  Person served:
    a. ☒ Defendant *(name):* HYNIX SEMICONDUCTOR AMERICA, INC.
    b. ☒ Other *(specify name and title or relationship to the party/business named):* CSC LAWYERS INCORPORATING SERVICE, INC., REGISTERED AGENT FOR SERVICE OF PROCESS BY SERVING BECKY DEGEORGE, PROCESS SPECIALIST

    c. ☒ Address Where papers were served: 2500 GATEWAY OAKS DRIVE, SACRAMENTO, CALIFORNIA 95814

3.  **Manner of service** in compliance with *(the appropriate box must be checked):*
    a.  ☒ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  **I served the person named in item 2:**

    a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

        1. ☒ Papers were served on *(date):* __SEPTEMBER 19, 2007__        at *(time):* __2:39 P.M.__

    b. ☐ By **Substituted service.** By leaving copies:

        1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3. ☐ Papers were served on *(date):* _____        at *(time):* _____

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed on** (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage pre-paid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h))** **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: (date): _____   at (time): _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

JASON MARSHALL
WORLDWIDE NETWORK, INC.
350 S. FIGUEROA STREET, SUITE 299
LOS ANGELES, CA 90071
(213) 620-9400

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **SEPTEMBER 20, 2007**

_____
(Signature)

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

JOSEPH R. SAVERI (STATE BAR NO. 130064)
MICHELE C. JACKSON (STATE BAR NO. 090807)
ROBERT J. NELSON (STATE BAR NO. 132797)
ERIC B. FASTIFF (STATE BAR NO. 182260)
NIMISH R. DESAI (STATE BAR NO. 244953)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
(415) 956-1000
Attorneys for: PLAINTIFF
Ref.: 692072 C WV

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| RICHARD THAL, ETC. | CASE NUMBER: C 07 4785 BZ |
|---|---|
| Plaintiff (s) | |
| v. | **PROOF OF SERVICE** |
| HITACHI AMERICA, ETC., ET AL. | **SUMMONS AND COMPLAINT** |
| Defendant (s) | (Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
    a.  ☒ summons     ☒ complaint     ☐ alias summons     ☐ first amended complaint
                                                          ☐ second amended complaint
                                                          ☐ third amended complaint

    ☒ other *(specify)*: CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; STANDING ORDERS; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; NOTICE FOR OFFICE HOURS

2.  Person served:
    a. ☒ Defendant *(name)*: MICRON SEMICONDUCTOR PRODUCTS, INC.
    b. ☒ Other *(specify name and title or relationship to the party/business named)*: CSC LAWYERS INCORPORATING SERVICE, INC., REGISTERED AGENT FOR SERVICE OF PROCESS BY SERVING BECKY DEGEORGE, PROCESS SPECIALIST

    c. ☒ Address Where papers were served: 2500 GATEWAY OAKS DRIVE, SACRAMENTO, CALIFORNIA 95814

3.  **Manner of service** in compliance with *(the appropriate box must be checked)*:
    a.  ☒  Federal Rules of Civil Procedure
    b.  ☐  California Code of Civil Procedure

4.  I served the person named in item 2:

    a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

        1. ☒ Papers were served on *(date)*: <u>SEPTEMBER 19, 2007</u>          at *(time)*: <u>2:39 P.M.</u>

    b. ☐ By **Substituted service**. By leaving copies:

        1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3. ☐ Papers were served on *(date)*: _____          at *(time)*: _____

─────────────────────────────────────────────────────────────────────

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed on** (date): _____

6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service): .

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: *(date):* _____    at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number):*

JASON MARSHALL
WORLDWIDE NETWORK, INC.
350 S. FIGUEROA STREET, SUITE 299
LOS ANGELES, CA 90071
(213) 620-9400

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **SEPTEMBER 20, 2007**

_____
*(Signature)*

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

JOSEPH R. SAVERI (STATE BAR NO. 130064)
MICHELE C. JACKSON (STATE BAR NO. 090807)
ROBERT J. NELSON (STATE BAR NO. 132797)
ERIC B. FASTIFF (STATE BAR NO. 182260)
NIMISH R. DESAI (STATE BAR NO. 244953)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
(415) 956-1000
Attorneys for: PLAINTIFF
Ref.: 692072 B WV

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| RICHARD THAL, ETC. | CASE NUMBER: C 07 4785 BZ |
|---|---|
| Plaintiff(s) | |
| v. | **PROOF OF SERVICE** |
| HITACHI AMERICA, ETC., ET AL. | **SUMMONS AND COMPLAINT** |
| Defendant(s) | (Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
    a.  ☒ summons          ☒ complaint          ☐ alias summons          ☐ first amended complaint
                                                                              ☐ second amended complaint
                                                                              ☐ third amended complaint

          ☒ other *(specify)*: CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; STANDING
    ORDERS; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE
    MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE
    JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; CONSENT TO PROCEED
    BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
    MAGISTRATE JUDGE FOR TRIAL; NOTICE FOR OFFICE HOURS

2.  Person served:
    a. ☒ Defendant *(name)*: MICRON TECHNOLOGY, INC.
    b. ☒ Other *(specify name and title or relationship to the party/business named)*: CSC LAWYERS INCORPORATING SERVICE,
    INC., REGISTERED AGENT FOR SERVICE OF PROCESS BY SERVING BECKY DEGEORGE, PROCESS SPECIALIST

    c. ☒ Address Where papers were served: 2500 GATEWAY OAKS DRIVE, SACRAMENTO, CALIFORNIA 95814

3.  **Manner of service** in compliance with *(the appropriate box must be checked)*:
    a. ☒  Federal Rules of Civil Procedure
    b. ☐  California Code of Civil Procedure

4.  I served the person named in item 2:

    a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent,
       guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

          1. ☒ Papers were served on *(date)*: <u>SEPTEMBER 19, 2007</u>          at *(time)*: <u>2:39 P.M.</u>

    b. ☐ By **Substituted service**. By leaving copies:

          1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a
             competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

          2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the
             general nature of the papers.

          3. ☐ **Papers were served on** *(date)*: _____          at *(time)*: _____

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed on** (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h))** **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: *(date):* _____ at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number):*

JASON MARSHALL
WORLDWIDE NETWORK, INC.
350 S. FIGUEROA STREET, SUITE 299
LOS ANGELES, CA 90071
(213) 620-9400

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **SEPTEMBER 20, 2007**

_____
*(Signature)*

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

JOSEPH R. SAVERI (STATE BAR NO. 130064)
MICHELE C. JACKSON (STATE BAR NO. 090807)
ROBERT J. NELSON (STATE BAR NO. 132797)
ERIC B. FASTIFF (STATE BAR NO. 182260)
NIMISH R. DESAI (STATE BAR NO. 244953)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
(415) 956-1000
Attorneys for: PLAINTIFF
Ref.: 692072 WV

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| RICHARD THAL, ETC. | CASE NUMBER: C 07 4785 BZ |
|---|---|
| Plaintiff (s) | |
| v. | **PROOF OF SERVICE** |
| HITACHI AMERICA, ETC., ET AL. | **SUMMONS AND COMPLAINT** |
| Defendant (s) | (Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents):*
    a.  ☒ summons      ☒ complaint      ☐ alias summons      ☐ first amended complaint
                                                              ☐ second amended complaint
                                                              ☐ third amended complaint
        ☒ other *(specify):* CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; STANDING
    ORDERS; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE
    MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE
    JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; CONSENT TO PROCEED
    BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
    MAGISTRATE JUDGE FOR TRIAL; NOTICE FOR OFFICE HOURS

2.  Person served:
    a. ☒ Defendant *(name):* RENESAS TECHNOLOGY AMERICA, INC.
    b. ☒ Other *(specify name and title or relationship to the party/business named):* CSC LAWYERS INCORPORATING SERVICE,
    INC., REGISTERED AGENT FOR SERVICE OF PROCESS BY SERVING BECKY DEGEORGE, PROCESS SPECIALIST

    c. ☒ Address Where papers were served: 2500 GATEWAY OAKS DRIVE, SACRAMENTO, CALIFORNIA 95814

3.  **Manner of service** in compliance with *(the appropriate box must be checked):*
    a.  ☒ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  I served the person named in item 2:

    a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent,
    guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

        1. ☒ **Papers were served on** *(date):* **SEPTEMBER 19, 2007**        at *(time):* **2:39 P.M.**

    b. ☐ By **Substituted service.** By leaving copies:

        1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a
        competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the
        general nature of the papers.

        3. ☐ **Papers were served on** *(date):* _____    at *(time):* _____

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed on** (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served. with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: *(date):* _____ at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number):*

**JASON MARSHALL**                                    a. Fee for service: $
**WORLDWIDE NETWORK, INC.**
**350 S. FIGUEROA STREET, SUITE 299**                 b. ☐ Not a Registered California Process Server
**LOS ANGELES, CA 90071**
**(213) 620-9400**                                    c. ☐ Exempt from registration under B&P 2235(b)

                                                      d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **SEPTEMBER 20, 2007**                          _____
                                                                *(Signature)*

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

JOSEPH R. SAVERI (STATE BAR NO. 130064)
MICHELE C. JACKSON (STATE BAR NO. 090807)
ROBERT J. NELSON (STATE BAR NO. 132797)
ERIC B. FASTIFF (STATE BAR NO. 182260)
NIMISH R. DESAI (STATE BAR NO. 244953)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
(415) 956-1000
Attorneys for: PLAINTIFF
Ref.: 692048 WV

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| RICHARD THAL, ETC. Plaintiff (s) | CASE NUMBER: C 07 4785 BZ |
| --- | --- |
| v. HITACHI AMERICA, ETC., ET AL. Defendant (s) | PROOF OF SERVICE SUMMONS AND COMPLAINT (Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
    a.  ☒ summons    ☒ complaint    ☐ alias summons    ☐ first amended complaint
                                                         ☐ second amended complaint
                                                         ☐ third amended complaint
    ☒ other *(specify)*: CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; STANDING ORDERS; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; NOTICE FOR OFFICE HOURS

2.  Person served:
    a.  ☒ Defendant *(name)*: SAMSUNG SEMICONDUCTOR, INC.
    b.  ☒ Other *(specify name and title or relationship to the party/business named)*: CSC LAWYERS INCORPORATING SERVICE, INC., REGISTERED AGENT FOR SERVICE OF PROCESS BY SERVING DENA LA PORTA, PROCESS SPECIALIST

    c.  ☒ Address Where papers were served: 2500 GATEWAY OAKS DRIVE, SACRAMENTO, CALIFORNIA 95814

3.  Manner of service in compliance with *(the appropriate box must be checked)*:
    a.  ☒ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  I served the person named in item 2:

    a.  ☒ By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

        1. ☒ Papers were served on *(date)*: __SEPTEMBER 19, 2007__        at *(time)*: __2:35 P.M.__

    b.  ☐ By Substituted service. By leaving copies:

        1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3. ☐ Papers were served on *(date)*: _____        at *(time)*: _____

---

## PROOF OF SERVICE-SUMMONS AND COMPLAINT

1

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed on** (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage pre-paid) copies to the person served. with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P.4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid)copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: (date): _____ at (time): _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

FRANK J. HARRIGAN
WORLDWIDE NETWORK, INC.
350 S. FIGUEROA STREET, SUITE 299
LOS ANGELES, CA 90071
(213) 620-9400

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **OCTOBER 8, 2007**

_____
(Signature)

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

JOSEPH R. SAVERI (STATE BAR NO. 130064)
MICHELE C. JACKSON (STATE BAR NO. 090807)
ROBERT J. NELSON (STATE BAR NO. 132797)
ERIC B. FASTIFF (STATE BAR NO. 182260)
NIMISH R. DESAI (STATE BAR NO. 244953)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
(415) 956-1000
Attorneys for: PLAINTIFF
Ref.: 692053 WV

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| RICHARD THAL, ETC. | CASE NUMBER: C 07 4785 BZ |
| Plaintiff (s) | |
| v. | **PROOF OF SERVICE** |
| HITACHI AMERICA, ETC., ET AL. | **SUMMONS AND COMPLAINT** |
| Defendant (s) | (Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
    a.  ☒ summons        ☒ complaint        ☐ alias summons        ☐ first amended complaint
                                                                   ☐ second amended complaint
                                                                   ☐ third amended complaint
    ☒ other *(specify)*: CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; STANDING ORDERS; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; NOTICE FOR OFFICE HOURS

2.  Person served:
    a. ☒ Defendant *(name)*: TOSHIBA AMERICA, INC.
    b. ☒ Other *(specify name and title or relationship to the party/business named)*: CT CORPORATION SYSTEMS, INC., REGISTERED AGENT FOR SERVICE OF PROCESS, BY SERVING MARGARET WILSON, PROCESS SPECIALIST

    c. ☒ Address Where papers were served: 818 WEST 7TH STREET, 2ND FLOOR, LOS ANGELES, CALIFORNIA 90017

3.  **Manner of service** in compliance with *(the appropriate box must be checked)*:
    a.  ☒  Federal Rules of Civil Procedure
    b.  ☐  California Code of Civil Procedure

4.  **I served the person named in item 2:**

    a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

        1. ☒ Papers were served on *(date)*: **SEPTEMBER 19, 2007**          at *(time)*: **2:35 P.M.**

    b. ☐ By **Substituted service**. By leaving copies:

        1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3. ☐ **Papers were served on** *(date)*: _____          at *(time)*: _____

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

1

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ papers were mailed on (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: *(date):* _____    at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attached signed return receipt of other evidence of actual receipt by the person served).
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number):*

**JOHN ALDANA**
**WORLDWIDE NETWORK, INC.**
**350 S. FIGUEROA STREET, SUITE 299**
**LOS ANGELES, CA 90071**
**(213) 620-9400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **SEPTEMBER 20, 2007**

_____
*(Signature)*

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

2

CV-1 (04/01)

JOSEPH R. SAVERI (STATE BAR NO. 130064)
MICHELE C. JACKSON (STATE BAR NO. 090807)
ROBERT J. NELSON (STATE BAR NO. 132797)
ERIC B. FASTIFF (STATE BAR NO. 182260)
NIMISH R. DESAI (STATE BAR NO. 244953)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
(415) 956-1000
Attorneys for: PLAINTIFF
Ref.: 692054 WV

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| RICHARD THAL, ETC. | CASE NUMBER: C 07 4785 BZ |
|---|---|
| Plaintiff (s) | |
| v. | **PROOF OF SERVICE** |
| HITACHI AMERICA, ETC., ET AL. | **SUMMONS AND COMPLAINT** |
| Defendant (s) | (Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:

   a.   ☒ summons   ☒ complaint   ☐ alias summons   ☐ first amended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☒ other *(specify)*: CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; STANDING ORDERS; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; NOTICE FOR OFFICE HOURS

2.  Person served:
   a. ☒ Defendant *(name)*: TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.
   b. ☒ Other *(specify name and title or relationship to the party/business named)*: CT CORPORATION SYSTEMS, INC., REGISTERED AGENT FOR SERVICE OF PROCESS, BY SERVING MARGARET WILSON, PROCESS SPECIALIST

   c. ☒ Address Where papers were served: 818 WEST 7TH STREET, 2ND FLOOR, LOS ANGELES, CALIFORNIA 90017

3.  **Manner of service in compliance with** *(the appropriate box must be checked)*:
   a.   ☒ Federal Rules of Civil Procedure
   b.   ☐ California Code of Civil Procedure

4.  I served the person named in item 2:

   a. ☒ By **Personal** service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

      1. ☒ Papers were served on *(date)*: <u>SEPTEMBER 19, 2007</u>          at *(time)*: <u>2:35 P.M.</u>

   b. ☐ By **Substituted** service. By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ **Papers were served on** *(date)*: _____          at *(time)*: _____

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed on** (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
      Name of person served:
      Title of person served:
      Date and time of service: *(date):* _____     at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number):*

**JOHN ALDANA**
**WORLDWIDE NETWORK, INC.**
**350 S. FIGUEROA STREET, SUITE 299**
**LOS ANGELES, CA 90071**
**(213) 620-9400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **SEPTEMBER 20, 2007**

_____
*(Signature)*

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Joseph R. Saveri (State Bar No. 130064)<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>275 Battery St, 30ᵗʰ floor<br>San Francisco, Ca 94111-3339<br>*Telephone No.:* (415)956-1000<br><br>*Attorney for:* Plaintiff | |

*Ref. No. or File No.:* 892374

*Insert name of Court, and Judicial District and Branch Court:*
  United Stated District Court - Northern District Of California

*Plaintiff:* Richard Thal, et al.

*Defendant:* Hitachi America, LTD, et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C074785BZ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons; Complaint; Civil Case Cover Sheet; ECF Registration Information Handout; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Order Setting Initial Case Management Conference And ADR Deadlines

3. *a. Party served:*      Crucial Technology, Inc.
    *b. Person served:*      Becky DeGeorge, Person Authorized to Accept Service

4. *Address where the party was served:*      CSC Lawyers
    2730 Gateway Oaks Drive, Suite 100
    Sacramento, CA 95833

5. *I served the party:*
    **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Sep. 25, 2007 (2) at: 2:49PM

Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. *Person Who Served Papers:*
    a. Jason Marshall
    **b. Worldwide Network**
        520 Townsend Street, Suite D
        San Francisco, CA 94103
    c. 415-503-0900

    d. *The Fee for Service was:*
    e. I am: (3) registered California process server
        *(i)* Independent Contractor
        *(ii) Registration No.:* 98-61
        *(iii) County:* Sacramento
        *(iv) Expiration Date:* Fri, Jun. 27, 2008

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    Date:Wed, Sep. 26, 2007

ORIGINAL

    (Jason Marshall)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

wo13.78334